IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEPHEN KING,

    Plaintiff,

vs.	11-cv-1042 GBW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

**ORDER DENYING *PRO HAC VICE* MOTION**

**THIS MATTER** comes before the Court on Plaintiff's Counsel's Motion for *Pro Hac Vice* ("Motion"). *Doc. 3.* For the reasons stated below, the Court will deny the Motion.

At present, Defendant's Motion fails to comply with Local Rules. Local Rule 7.1(a) of the United States District Court for the District of New Mexico provides that a "[m]ovant must determine whether a motion is opposed, and a motion that omits recitation of a good-faith request for concurrence may be summarily denied." D.N.M.LR-Civ. 7.1(a). By imposing this requirement, Local Rule 7.1(a) acts to promote judicial efficiency and economy by precluding the unnecessary filing of motions, responses, and orders. The instant Motion makes no mention of whether it is opposed, nor does it communicate whether a good faith effort was undertaken to secure concurrence in its filing.

Moreover, Local Rule 83.3 requires that, in a *pro hac vice* motion, a "member of the Federal Bar [must] certify that the non-member attorney is a member in good standing of

the bar of a state . . . ." D.N.M.LR-Civ. 83.3. While the non-member avers in the Motion and provides a certificate to the fact that he is a member in good standing in New York, there is no certification of that fact from a member of the Federal Bar.

For these failures to comply with the Local Rules, the Court hereby **DENIES** the Motion.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE